Paul W. Herbert, appellee, v. Edward Starczynski, appellant. Gen. No. 33,202.

Opinion filed April 30, 1929.

Edward N. Sherburne, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

A. W. Jensen, appellant, v. David A. Kase and Jean Kase, appellees. Gen. No. 33,217.

Opinion filed April 30, 1929.

Otto G. Ryden, for appellant. No appearance for appellees.

Mr. Justice Barnes delivered the opinion of the court.

Schwarz Paper Company, appellant, v. Charles F. Gazley, trading as Central Paper Company, appellee. Gen. No. 33,226.

Opinion filed April 30, 1929.

Allen, Ward & Gallagher, for appellant; William H. Gallagher, of counsel. William A. Peterson and Reuben Freedman, for appellee; Abraham Miller, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Rock Rapids Creamery Company, for the use of Alex Getz, defendant in error, v. The New York Central Railroad Company, plaintiff in error. Gen. No. 33,022.

Opinion filed April 30, 1929.

Glennon, Cary, Walker & Murray, for plaintiff in error; L. Beers-Jones, of counsel. Wolfsohn & Fireman, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.